Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEHROOZ MOHAZZABI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOE DEFENDANTS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02137-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO WELLS FARGO BANK, N.A.'S MOTION TO COMPEL ARBITRATION [ECF 4]** |

Plaintiff Behrooz Mohazzabi and Defendant Wells Fargo Bank, N.A., by and through their undersigned counsel hereby stipulate as follows:

1. Plaintiff Behrooz Mohazzabi shall have through and including **Wednesday, December 5, 2018** to file a response to Wells Fargo Bank, N.A.'s Motion to Compel Arbitration [ECF 4].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request for an extension of time to respond to the referenced motion is not intended to cause any delay or prejudice to any party. Good cause exists for the requested extension due to a scheduled vacation of Plaintiff's counsel during the upcoming holidays, and this request is made to accommodate that scheduling.

| GREENE INFUSO, LLP | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Michael V. Infuso* | \s\ *Kent F. Larsen,* |
| Michael V. Infuso, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 3463 |
| Keith W. Barlow, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 12689 | Las Vegas, Nevada 89134 |
| Sean B. Kirby, Esq. | Ph: (702)252-5002 |
| Nevada Bar No. 14224 | Fax (702) 252-5006 |
| 3030 South Jones Boulevard, Suite 101 | Email: kfl@slwlaw.com |
| Las Vegas, Nevada 89146 | Attorneys for Defendant |
| Ph: (702) 570-6000 | Wells Fargo Bank, N.A. |
| Fax (702) 463-8401 | |
| Email: minfuso@greeneinfusolaw.com | Dated: November 13, 2018 |
|       kbarlow@greeneinfusolaw.com | |
|       skirby@greeneinfusolaw.com | |
| Attorneys for Plaintiff Behrooz Mohazzabi | |

Dated: November 13, 2018

## ORDER

**IT IS SO ORDERED.**

Dated this 13th day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge