Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEHROOZ MOHAZZABI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and<br>DOE DEFENDANTS I through X,<br>inclusive,<br><br>    Defendants. | Case No.    2:18-cv-02137-RFB-VCF<br><br>**STIPULATION AND ORDER RE**:<br>**STAYING COMPLIANCE**<br>**WITH LR 26-1 PENDING DECISION**<br>**ON WELLS FARGO BANK, N.A.'S**<br>**MOTION TO COMPEL**<br>**ARBITRATION [ECF 4]** |

    Plaintiff Behrooz Mohazzabi ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. This matter was removed to this Court on November 6, 2018 by Wells Fargo Bank (*see* Petition for Removal [ECF 10]);

2. Wells Fargo Bank filed its Motion to Compel Arbitration [ECF 4] on November 6, 2018, and briefing on that motion is currently underway;

3. The parties differ on whether compliance with LR 26-1 is necessary while the Motion to Compel Arbitration is pending, as: (i) Wells Fargo Bank maintains that the granting of the motion would moot the LR 26-1 requirements normally governing this matter if such a motion had not been filed; and, (ii) Plaintiff, on the other hand, contends that Wells Fargo Bank's Motion to Compel Arbitration should be denied, and the Motion to Compel Arbitration constitutes an appearance thereby triggering the parties LR 26-1 obligations;

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

4. In an effort to spare the Court and the parties from the unnecessary expenditure of resources in the event Wells Fargo Bank's Motion to Compel Arbitration [ECF 4] is granted, and Plaintiff's claims revert to governance of an arbitrator and/or arbitral body for processing and decision, the parties agree that the Court should enter an order suspending compliance with the requirements of LR 26-1 pending the Court's decision on the Motion to Compel Arbitration [ECF 4].

GREENE INFUSO, LLP

/s/ *Michael V. Infuso*
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
Sean B. Kirby, Esq.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Ph: (702) 570-6000
Fax (702) 463-8401
Email: minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com
skirby@greeneinfusolaw.com
Attorneys for Plaintiff Behrooz Mohazzabi

Dated: December 5, 2018

SMITH LARSEN & WIXOM

/s/ *Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph: (702)252-5002
Fax (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

Dated: December 5, 2018

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __December 6__, 2018