Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEHROOZ MOHAZZABI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOE DEFENDANTS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02137-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR WELLS FARGO BANK TO FILE REPLY BRIEF RE: PENDING MOTION TO COMPEL ARBITRATION [ECF 4]** |

Plaintiff Behrooz Mohazzabi and Defendant Wells Fargo Bank, N.A., by and through their undersigned counsel hereby stipulate as follows:

1. Wells Fargo Bank, N.A., shall have through and including **Wednesday, December 19, 2018** to file its reply brief in connection with Wells Fargo Bank, N.A.'s pending Motion to Compel Arbitration [ECF 4].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

This request for an extension of time to respond to the referenced motion is not intended to cause any delay or prejudice to any party, but to accommodate conflicts in the schedule of counsel for Wells Fargo Bank, N.A.

| | |
|---|---|
| GREENE INFUSO, LLP | SMITH LARSEN & WIXOM |
| \s\ *Michael V. Infuso* | \s\ *Kent F. Larsen,* |
| Michael V. Infuso, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 3463 |
| Keith W. Barlow, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 12689 | Las Vegas, Nevada 89134 |
| Sean B. Kirby, Esq. | Ph: (702)252-5002 |
| Nevada Bar No. 14224 | Fax (702) 252-5006 |
| 3030 South Jones Boulevard, Suite 101 | Email: kfl@slwlaw.com |
| Las Vegas, Nevada 89146 | Attorneys for Defendant |
| Ph: (702) 570-6000 | Wells Fargo Bank, N.A. |
| Fax (702) 463-8401 | |
| Email: minfuso@greeneinfusolaw.com | Dated: December 10, 2018 |
|         kbarlow@greeneinfusolaw.com | |
|         skirby@greeneinfusolaw.com | |
| Attorneys for Plaintiff Behrooz Mohazzabi | |

Dated: December 10, 2018

## **ORDER**

**IT IS SO ORDERED**.

Dated this  11th  day of December, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge